**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 96-11440

---

FEDERAL HOME LOAN MORTGAGE CORPORATION

Plaintiff - Counter Defendant -
Appellee Cross Appellant

VERSUS

JOHN J WALKER; MADELINE E WALKER;
RICHARD J WALKER; DAVID M WALKER

Defendants - Counter Claimants -
Appellants Cross Appellees

---

Appeal from the United States District Court
For the Northern District of Texas
(3:92-CV-2635-P)

---

December 17, 1997

Before JOLLY, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

  AFFIRMED.  See Fifth Circuit Rule 47.6.

---

  [1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.